# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICKEY SANTOS COLON,**<br>Petitioner, | CIVIL ACTION |
| v. | |
| **JOHN KERESTES,**<br>**THE DISTRICT ATTORNEY OF THE**<br>**COUNTY OF CHESTER, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>Respondents. | NO. 16-5564 |

## O R D E R

**AND NOW**, this 11th day of March, 2020, upon consideration of Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by *pro se* petitioner, Mickey Santos Colon, the record in this case, the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated January 13, 2020, and Petitioner's Objections to Magistrate's Report and Recommendation, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated January 13, 2020, is **APPROVED** and **ADOPTED**;

2. Petitioner's Objections to Magistrate's Report and Recommendation are **OVERRULED** for the reasons stated in the Report and Recommendation which the Court has approved and adopted; and,

3. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by *pro se* petitioner, Mickey Santos Colon, is **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural

ruling with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**